UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MYRON J. BULLOCK                                                                                          PLAINTIFF

V.                                                                            CIVIL ACTION NO. 2:14CV12 DPJ-FKB

CAROLYN W. COLVIN, ACTING COMMISSIONER
OF SOCIAL SECURITY ADMINISTRATION                                              DEFENDANT

ORDER

This cause came on this date to be heard upon the Report and Recommendation [8] of the United States Magistrate Judge, after referral of hearing by this Court. Magistrate Judge F. Keith Ball found that the Commissioner's decision is not supported by substantial evidence and recommended that the decision be reversed and the matter remanded for further proceedings. The Court has been advised that both the Commissioner and Plaintiff do not intend to file Objections to the Report and Recommendation.

The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [8] of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court. The Commissioner's motion to affirm the decision [10] is denied; the decision of the Commissioner is reversed; and the case is remanded for further proceedings.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 13th day of February, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE